UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WIILIAM DuBUSKE, MICHAEL DUCHAINE,
and GARY MAYNARD, on behalf of
themselves and all others similarly situated,
                                    Plaintiff,
        -against-

PEPSICO, INC., THE EMPLOYEE BENEFITS
BOARD, THE PEPSICO ADMINISTRATION
COMMITTEE, and JOHN/JANE DOES #1-50,
                                    Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/19
```

18 CIVIL 11618 (VB)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 25, 2019, defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
        September 25, 2019

                                    RUBY J. KRAJICK
                                    _____
                                        Clerk of Court
                            BY:
                                    _____
                                        Deputy Clerk