UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
WILLIAM DuBUSKE, MICHAEL :
DUCHAINE, and GARY MAYNARD, on :
behalf of themselves and all others similarly : Case No. 7:18-cv-11618-VB
situated, :
 :  Judge Vincent L. Briccetti
            Plaintiffs, :
 :
v. :
 :
PEPSICO, INC., the EMPLOYEE BENEFITS :
BOARD, the PEPSICO ADMINISTRATION :
COMMITTEE, and JOHN/JANE DOES 1-50, :
 :
            Defendants. :
---------------------------------------------------------- X

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)

It is hereby stipulated, by and between Plaintiffs William DuBuske, Michael Duchaine and Gary Maynard (collectively, "Plaintiffs") and Defendants PepsiCo, Inc., PepsiCo, Inc.'s Employee Benefits Board and the PepsiCo Administrative Committee (collectively, "Defendants"), that this Action and all the claims set forth in this Action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

The parties shall bear their own attorneys' fees and costs.

Dated: November 22, 2019

*[signature]*

IZARD, KINDALL & RAABE LLP
Robert A. Izard (*Admitted Pro Hac Vice*)
Mark P. Kindall (*Admitted Pro Hac Vice*)
Douglas P. Needham
29 South Main Street, Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290
rizard@ikrlaw.com
mkindall@ikrlaw.com
dneedham@ikrlaw.com

BAILEY & GLASSER LLP
Gregory Y. Porter (*Admitted Pro Hac Vice*)
Mark G. Boyko
1054 31st Street, NW, Suite 230
Washington, DC 20007
Tel: (202) 463-2101
Fax: (202) 463-2103
gporter@baileyglasser.com
mboyko@baileyglasser.com

*Attorneys for Plaintiffs*

Dated: November 22, 2019

*[signature]*

MORGAN, LEWIS & BOCKIUS LLP
Stephanie Reiss (*Admitted Pro Hac Vice*)
One Oxford Centre
Thirty-Second Floor
Pittsburgh, PA 15219-6401
Tel: (412) 560-3378
Fax: (412) 560-7001
stephanie.reiss@morganlewis.com

Jeremy P. Blumenfeld
1701 Market Street
Philadelphia, PA 19103-2921
Tel: (215) 963-5258
Fax: (215) 963-5001
jeremy.blumenfeld@morganlewis.com

*Attorneys for Defendants*